IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ROBERT CURTIS WILLIAMS, III,,**<br><br>Plaintiff,<br><br>v.<br><br>**ACEVES,**<br><br>Defendant. | 2:21-cv-0921 KJN P<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO CONTACT COURT DEPUTY REGARDING SETTLEMENT CONFERENCE**<br><br>Judge: The Honorable Kendall J. Newman<br>Trial Date: None Set<br>Action Filed: May 20, 2021 |

Plaintiff is a state prisoner, proceeding pro se. Defendant Aceves filed a Motion for Extension of Time to Contact Court Deputy Regarding Settlement Conference pursuant to Eastern District Local Rule 144, requesting a 15-day extension of time to contact the Court Deputy due to an inability to meet and confer with Plaintiff regarding a possible settlement conference.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant's request (ECF No. 20) is granted.

////

////

////

2. On or before October 22, 2021, defendant contact the Court Deputy regarding a possible settlement conference as outlined in the Order Referring Case to Post-Screening ADR Project and Staying Case for 120 Days.

Dated: October 7, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/will0921.eot