IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ROBERT CURTIS WILLIAMS, III,**<br><br>Plaintiff,<br><br>v.<br><br>**ACEVES,**<br><br>Defendant. | 2:21-cv-00921 KJN P<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER AND REVISED SCHEDULING ORDER**<br><br>Judge: The Honorable Kendall J. Newman<br>Action Filed: May 20, 2021 |

Plaintiff is a state prisoner, proceeding pro se. Defendant filed a motion to modify the discovery and scheduling order to extend the current deadline to file a pretrial motion by 91 days, up to and including September 9, 2022. As set forth below, defendant's motion is granted.

Plaintiff's Complaint

This case proceeds on plaintiff's complaint (ECF No. 1) alleging that on June 13, 2020, while housed at California Medical Facility, Vacaville, defendant Aceves retaliated against plaintiff in violation of the First Amendment, and failed to protect plaintiff and used excessive force against plaintiff in violation of the Eighth Amendment.

Plaintiff is now housed at California State Prison, Los Angeles County in Lancaster.

////

Governing Standards

"The district court is given broad discretion in supervising the pretrial phase of litigation." Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 607 (9th Cir. 1992) (citation and internal quotation marks omitted).  Rule 16(b) provides that "[a] schedule may be modified only for good cause and with the judge's consent."  Fed. R. Civ. P. 16(b)(4).  "The schedule may be modified 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" Zivkovic v. Southern California Edison Co., 302 F.3d 1080, 1087 (9th Cir. 2002) (quoting Johnson, 975 F.2d at 607).

Discussion

Defendant seeks additional time to complete review of extensive medical records, possibly thousands of pages, in order to develop defenses and determine whether a dispositive motion is appropriate.  Plaintiff did not oppose defendant's motion.

Good cause appearing, defendant's request is granted and the new deadline to file a pretrial motion is September 9, 2022.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion (ECF No. 30) is granted;

2. Discovery is closed;

3. All pretrial motions, except motions to compel discovery, shall be filed on or before September 9, 2022; and

4. All other terms of the November 15, 2021 discovery and scheduling order (ECF No. 25) remain in full force and effect.

Dated:  June 29, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/cw/will0921.16b