IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ROBERT CURTIS WILLIAMS, III,**<br><br>Plaintiff,<br><br>v.<br><br>**ACEVES,**<br><br>Defendant. | 2:21-cv-0921 KJN P<br><br>**ORDER GRANTING DEFENDANT'S SECOND MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER**<br><br>Judge:   The Honorable Kendall J. Newman<br>Action Filed:   May 20, 2021 |

Plaintiff is a state prisoner proceeding pro se. Defendant filed a Second Motion to Modify the Discovery and Scheduling Order to extend the current deadline to file a pretrial motion for fourteen days, up to and including September 23, 2022. Good cause appearing, defendant's request is granted. No further extensions of time will be granted.

IT IS HEREBY ORDERED that:

1. Defendant's request (ECF No. 32) is granted; and

2. The pretrial motions deadline is extended to September 23, 2022.

Dated:  September 12, 2022

/will0921.16b2

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE