UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CURTIS WILLIAMS, III,<br><br>  Plaintiff,<br><br>  v.<br><br>ACEVES,<br><br>  Defendant. | No. 2:21-cv-0921 KJN P<br><br>ORDER |

Plaintiff is a state prisoner, proceeding pro se. Defendant's motion for summary judgment is pending. Briefing was deferred pending clarification of the status of plaintiff's legal property. Defendant's counsel was ordered to provide a status of plaintiff's possession of, or access to, such property. On December 21, 2022, counsel for defendant filed an interim response, indicating plaintiff "refused to sign for anything because he had a dispute as to what was provided and rejected the property." (ECF No. 42 at 3.) However, on January 9, 2023, plaintiff filed a response to defendant's notice, declaring that Receiving & Release ("R & R") officers at California Health Care Facility intentionally denied plaintiff receipt of his legal/personal property. Plaintiff provided multiple inmate declarations attesting to plaintiff taking a gurney to R & R to pick up his property (multiple boxes) rather than R & R delivering the property to plaintiff by golf cart, the manner in which such other inmates received their property, and

1

witnessed plaintiff return empty-handed.  Plaintiff filed a grievance seeking possession of his property.

Defendant filed the motion for summary judgment on September 22, 2022.  Obviously, plaintiff cannot file an opposition to the motion until he has possession of his legal materials.  In the December 21, 2022 response, counsel indicated that the litigation coordinator would forward paperwork regarding the dispute to counsel for defendant.  Defense counsel has filed nothing further concerning the deprivation of property, and did not respond to plaintiff's January 9, 2023 notice.  Therefore, defense counsel shall address the status of plaintiff's possession of his property within fourteen days from the date of this order.

Accordingly, IT IS HEREBY ORDERED that within fourteen days from the date of this order, counsel for defendant shall once again inquire as to the status of plaintiff's possession of his legal materials and advise the court whether or not plaintiff has possession.

Dated:  January 30, 2023

/will0921.fb

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE