UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CURTIS WILLIAMS, III,<br><br>Plaintiff,<br><br>v.<br><br>ACEVES,<br><br>Defendant. | No. 2:21-cv-0921 DAD KJN P<br><br><br><br>ORDER |

On February 10, 2023, counsel for defendant provided evidence that plaintiff's property, including his legal materials, were returned to plaintiff on January 5, 2023, in advance of his parole to the Sacramento County Jail on January 9, 2023. Despite such parole over 45 days ago, plaintiff has not notified the court of his new address. Plaintiff is advised that it is his responsibility to always inform the court of his current address. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective. However, in an abundance of caution, the Clerk of the Court is directed to change plaintiff's address.

Defendant's motion for summary judgment was filed on September 22, 2022. Now that plaintiff has been issued his property, he is required to file an opposition to the motion. Plaintiff is cautioned that failure to file a timely opposition will result in a recommendation that the motion be granted.

////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall file an opposition to the motion for summary judgment (ECF No. 34) within thirty days from the date of this order.

2. The Clerk of the Court is directed to change plaintiff's address to the Sacramento County Main Jail, (X-4416799), 651 I Street, Sacramento, CA  95814.

Dated: February 27, 2023

/will0921.eot+

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE