1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ROBERT CURTIS WILLIAMS, III,                No.  2:21-cv-0921 DAD KJN P

12                    Plaintiff,

13          v.                                   ORDER

14   ACEVES,

15                    Defendant.

16

17          Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant

18   to 42 U.S.C. § 1983.   On September 22, 2022, defendant Aceves filed a motion for summary

19   judgment pursuant to Federal Rule of Civil Procedure 56.  Plaintiff did not file an opposition;

20   instead, he sought an extension of time in light of his inability to access his legal materials.

21   Briefing on the motion was delayed until plaintiff was provided access to his legal materials.

22   Subsequently, plaintiff paroled and was issued his property.  On February 27, 2023, plaintiff was

23   directed to file an opposition within thirty days.[1]  Thirty days have passed, and plaintiff has not

24   filed an opposition.

25   _____

[1]  In that order, despite plaintiff's failure to inform the court of his new address, plaintiff's address

26   of record was changed to reference plaintiff's parole to the Sacramento County Jail and included
his inmate number X-4416799.  On March 9, 2023, counsel for defendant notified the court that

27   plaintiff is housed at the Rio Cosumnes Correction Center, 12500 Bruceville Road, Elk Grove,
CA  95757, and his inmate number is X-4416799.  (ECF No. 48.)  The Clerk of the Court is

28   directed to change plaintiff's address accordingly.

                                        1

1    Local Rule 230(l) provides in part:  "Failure of the responding party to file written

2    opposition or to file a statement of no opposition may be deemed a waiver of any opposition to

3    the granting of the motion . . . ."  Id.  On November 15, 2021, plaintiff was advised of the

4    requirements for filing an opposition to a motion and that failure to oppose such a motion may be

5    deemed a waiver of opposition to the motion.  See Rand v. Rowland, 154 F.3d 952, 957 (9th Cir.

6    1998) (en banc), and Klingele v. Eikenberry, 849 F.2d 409, 411-12 (9th Cir. 1988).  Plaintiff was

7    similarly cautioned in the February 27, 2023 order.  (ECF No. 47 at 1.)

8    Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for

9    imposition of any and all sanctions authorized by statute or Rule or within the inherent power of

10   the Court."  Id.  In the order filed November 15, 2021, plaintiff was also advised that failure to

11   comply with the Local Rules may result in a recommendation that the action be dismissed.

12   Finally, Rule 41(b) of the Federal Rules of Civil Procedure provides:

13   **Involuntary Dismissal; Effect**.  If the plaintiff fails to prosecute or
     to comply with these rules or a court order, a defendant may move to
14   dismiss the action or any claim against it.  Unless the dismissal order
     states otherwise, a dismissal under this subdivision (b) and any
15   dismissal not under this rule--except one for lack of jurisdiction,
     improper venue, or failure to join a party under Rule 19--operates as
16   an adjudication on the merits.

17   Id.

18   Good cause appearing, IT IS HEREBY ORDERED that:

19   1.  Within thirty days from the date of this order, plaintiff shall file an opposition, if any,

20   to the motion for summary judgment.  Failure to file an opposition will be deemed as consent to

21   have the:  (a) action dismissed for lack of prosecution; and (b) action dismissed based on

22   plaintiff's failure to comply with these rules and a court order.  Such failure shall result in a

23   recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

24   2.  The Clerk of the Court is directed to change plaintiff's address to the Rio Cosumnes

25   Correction Center, 12500 Bruceville Road, Elk Grove, CA  95757; inmate number X-4416799.

26   Dated:  March 31, 2023

27

28   /will0921.nop

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE