UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ROBERT CURTIS WILLIAMS, III, | No. 2:21-cv-0921 DAD KJN P |
|---|---|
| Plaintiff, | |
| v. | <u>ORDER</u> |
| ACEVES, | |
| Defendant. | |

Plaintiff filed a motion for extension of time to file an opposition to defendant's motion for summary judgment filed on September 22, 2022.  Plaintiff has received multiple extensions of time to oppose the motion which has been pending over seven months.  Although plaintiff provided good cause for this extension of time, plaintiff is cautioned that the court is not inclined to grant further extensions of time.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 50) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file an opposition to the motion for summary judgment.  No further extensions of time will be granted.

Dated:  April 28, 2023

/will0921.36

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE