UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CURTIS WILLIAMS, III,<br><br>Plaintiff,<br><br>v.<br><br>ACEVES,<br><br>Defendant. | No. 2:21-cv-00921-DAD-KJN (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. No. 54) |

Plaintiff Robert Curtis Williams, III, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 302.

On June 1, 2023, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, due to plaintiff's failure to comply with court orders and failure to prosecute. (Doc. No. 54.) Those findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days from the date of service. (*Id.* at 3.)[1] To date, no objections have been filed, and the time in which to do so has now passed.

---

[1] The court notes that the service copy of the pending findings and recommendations and the court's order dated May 18, 2023, which were both served on plaintiff at his address of record, were returned to the court as, "Undeliverable, Not in Custody" and "Undeliverable, Insufficient Address," respectively.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on June 1, 2023 (Doc. No. 54) are adopted in full;

2. This action is dismissed, without prejudice, due to plaintiff's failure to comply with court orders and failure to prosecute;

3. Defendant's pending motion for summary judgment (Doc. No. 34) is denied as having been rendered moot by this order; and

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **July 18, 2023**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE